12

AO 455(Rev. 5/85) Waiver of Indictment

---

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

---

UNITED STATES OF AMERICA

v.

RUDY MALDONADO-GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr390-IEG

I, RUDY MALDONADO-GONZALEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 14 February 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rudy Maldonado Gonzalez
Defendant

Candis Mitchell
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER

FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY